# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MALVEAUX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:18-CV-1952-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

A review of the docket reflects plaintiff has submitted the necessary service documents to the United States Marshal pursuant to the court's August 7, 2018, scheduling order. Good cause appearing therefor, the order to show cause issued on September 18, 2018, is discharged.

Good cause also appearing therefor, the parties' stipulated motion for an extension of time for defendant to file an answer to plaintiff's complaint as well as the certified administrative record (Doc. 12) is granted. Defendant shall file an answer along with the certified administrative record by February 13, 2019.

/ / /

1

| | |
|---|---|
| 1 | Finally, a review of the docket reflects that defendant has notified the court |
| 2 | regarding consent to proceed before a Magistrate Judge.  Plaintiff, however, has not notified the |
| 3 | court regarding consent.  Pursuant to the court's scheduling order, the time to do so has now |
| 4 | expired. |
| 5 | Plaintiff shall show cause in writing, by February 13, 2019, why this action should |
| 6 | not be dismissed for failure to inform the court regarding consent to Magistrate Judge |
| 7 | jurisdiction, as required by the court's scheduling order.  Submission of a completed consent |
| 8 | election form shall constitute a sufficient response.  The Clerk of the Court is directed to serve on |
| 9 | plaintiff a copy of the court's form entitled "Consent to Assignment or Request for |
| 10 | Reassignment."  Plaintiff is warned that failure to respond to this order may result in the |
| 11 | dismissal of the action for the reasons discussed above, as well as for failure to prosecute and |
| 12 | comply with court rules and orders.  <u>See</u> Local Rule 110. |
| 13 | IT IS SO ORDERED. |

Dated: January 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE