**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GREGORY MALVEAUX**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **GREGORY MALVEAUX,** | No.   2:18-CV-01952-DMC |
| **Plaintiff,** | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 15, 2019.

　　　This is a first extension based on plaintiff's counsel's other work and impending vacation of over a week.

Dated:   March 27, 2019　　　　　　　　　　　　　　　/s/    *Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  March 27, 2019

   */s/ per e-mail authorization*
CAROLYN CHEN
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 15, 2019.

SO ORDERED.

Dated:  April 1, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE