**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GREGORY MALVEAUX**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **GREGORY MALVEAUX,** | No.   2:18-CV-01952-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL,  Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 16, 2019.

This is a second extension, of one additional day, based on much the same reasons as the first: plaintiff's counsel now has recently returned from a vacation, and is consequently behind in his work, plus several discrete interruptions distributed through today, when it is presently due, make completion within the previously requested time difficult.

Dated: April 15, 2019         /s/  *Jesse S. Kaplan*
                              JESSE S. KAPLAN
                              Attorney for Plaintiff


                              McGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Counsel, Region IX
                              Social Security Administration

Dated: April 15, 2019          */s/ per e-mail authorization*
                              CAROLYN CHEN
                              Special Assistant U.S. Attorney
                              Attorney for Defendant

## **ORDER**

      **The parties' stipulation for a one-day extension of time filed on the current deadline date is NOT APPROVED.  Counsel shall file his brief forthwith accompanied by either a stipulation or motion to accept a late-filed brief.**

      **SO ORDERED.**

Dated: April 22, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE