MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8956
        Facsimile: (415) 744-0134
        E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY MALVEAUX,<br><br>                Plaintiff,<br><br>        vs.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.: 2:18-cv-01952-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's opening brief.  The current due date is July 1, 2019.  The new due date will be August 15, 2019.

        This is Defendant's second request for an extension of time for briefing and the fifth request in this case overall.  There is good cause for this request.  The parties are exploring

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

possible voluntary remand settlement of the case and Defendant requests additional time for Defendant to review the case for possible settlement.

Since the granting of the previous request for an extension of time, Defendant's counsel has been addressing a full workload of district court cases and other matters, some of which required her to take additional time to complete, including one that involved a non-routine matter with a complex procedural and substantive history that required immediate and time-intensive follow-up from multiple constituents. She also has at least 35 district court matters between July 1, 2019, to August 15, 2019, some of which have been previously extended by other plaintiffs or Defendant, and she is prioritizing older cases, including this one, while trying to avoid making multiple requests for extension where possible.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Thus, Defendant is respectfully requesting additional time up to and including August 15, 2019, to respond to Plaintiff's motion for summary judgment if the parties cannot reach settlement. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: June 27, 2019               JESSE S. KAPLAN, ATTORNEY AT LAW

*s/ Jesse S. Kaplan by C.Chen**
(As authorized by email on 6/27/2019)
JESSE S. KAPLAN
Attorney for Plaintiff

Date: June 27, 2019               MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  June 28, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE