MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| GREGORY MALVEAUX,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>        Defendant. | ) Case No.: 2:18-cv-01952-DMC<br>)<br>)<br>) STIPULATION AND ORDER FOR AN<br>) EXTENSION OF TIME OF 7 DAYS FOR<br>) DEFENDANT'S RESPONSE TO<br>) PLAINTIFF'S MOTION FOR SUMMARY<br>) JUDGMENT<br>)<br>)<br>)<br>) |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Defendant shall have an extension of time of 7 additional days to respond

to Plaintiff's opening brief.  The current due date is August 15, 2019.  The new due date will be

August 22, 2019.

     This is Defendant's third request for an extension of time for briefing and the sixth

request in this case overall.  There is good cause for this request.  Since the granting of the

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

previous request for an extension of time, the parties explored possible settlement and a supplemental administrative record was lodged. The parties did not reach a settlement. In addition, Defendant's counsel has been addressing a full workload of district court cases and other non-court substantive matters, some of which required her to take additional time to complete, and counsel had been out of the office for pre-approved leave for multiple days. Counsel also has at least four district court matters due between August 15, 2019, to August 22, 2019.

Thus, Defendant is respectfully requesting additional time up to and including August 22, 2019, to review the administrative records and to respond to Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: August 13, 2019

JESSE S. KAPLAN, ATTORNEY AT LAW

*s/ Jesse S. Kaplan by C.Chen\**
(As authorized by email on 8/13/2019)
JESSE S. KAPLAN
Attorney for Plaintiff

Date: August 13, 2019

MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE