**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GREGORY MALVEAUX**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **GREGORY MALVEAUX,** | No.   2:18-CV-01952-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **Andrew Saul,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to September 18, 2019.

This is a first extension, based on plaintiff's counsel's need to finish other briefing first. Counsel is filing an opening brief the day before the present due date, has two others for which time must be extended, and will be out of town one of the intervening days involved in this three business day extension.

[Pleading Title] - 1

Dated: September 12, 2019          /s/   *Jesse S. Kaplan*
                                   JESSE S. KAPLAN
                                   Attorney for Plaintiff



                                   McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Counsel, Region IX
                                   Social Security Administration

Dated: September 12, 2019           */s/ per e-mail authorization*
                                   CAROLYN CHEN
                                   Special Assistant U.S. Attorney
                                   Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to September 18, 2019.

SO ORDERED.


Dated: September 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE