**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY MALVEAUX, | No. 2:18-CV-1952-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On March 24, 2022, the Ninth Circuit Court of Appeals issued an unpublished memorandum disposition directing that this action be remanded to the Commissioner of Social Security for an award of benefits.  See ECF No. 45.  The appellate court's mandate issued on May 17, 2022.  See ECF No. 46.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the Ninth Circuit's disposition, the undersigned hereby orders that:

1. This action is remanded to the Commissioner of Social Security for an award of benefits; and

2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: August 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE