UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MALVEAUX,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security Administration,<br><br>    Defendant. | CIVIL NO. 2:18-cv-01952-DMC<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court that Plaintiff be awarded attorneys' fees in the amount of $13,000.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, including the appellate proceedings in Ninth Circuit Case No. 20-17334. This award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees, expenses and costs related to this case including the appeal. This stipulation constitutes a compromise settlement of Plaintiff's

request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Jesse S. Kaplan.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA is entered, the Government will determine whether the fees are subject to offset.  Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Mr. Kaplan, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Mr. Kaplan.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.  All parties whose signature lines appear in this document have consented, through their attorneys, to its filing.

|  |  |
|---|---|
| March 14, 2023, | PHILLIP A. TALBERT<br>United States Attorney<br>By: /s/*Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney<br>Attorneys for Defendant |
| March 14, 2023, | By: /s/*Jesse S. Kaplan**<br>JESSE S. KAPLAN<br>Attorney for Plaintiff<br>[*signature authorized via email 3/14/2023] |

///

///

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:  March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE